## DECLARATION OF ALICIA ARENDS

I, Alicia Arends, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my personal knowledge, information, and belief:

1. From October 11, 2017 through December 12, 2017, I worked as a qualified mental health specialist for Family Solutions of Ohio.

2. I was considered an employee of Family Solutions of Ohio, and my wages were reported to the IRS on a W-2.

3. Family Solutions of Ohio paid me an hourly rate for my work, and only for those services that were billable to health insurance.

4. In other words, necessary services like documentation, travel between clients, time spent for client appointment no-shows, and administrative time was unpaid. I only received compensation for my time spent in appointments with clients that were billed to health insurance.

5. I understood that the pay practice of being compensated only for billable time was a company-wide practice for all providers.

6. I was instructed by Family Solutions of Ohio to only put billable hours as a qualified mental health specialist on my weekly timesheets.

7. I estimate that I worked 50-55 hours on average each week for Family Solutions of Ohio performing the following tasks:

    a. Appointment time with clients;

    b. Administrative and planning work;



PLAINTIFF'S EXHIBIT
1

c. Documentation; and

d. Travel between clients (and not including travel from home to my first appointment of the day and travel from my last appointment of the day back home).

2/28/2019

_____
Date

_____
Alicia Arends