## DECLARATION OF JAMAL STEPHENSON

I, Jamal Stephenson, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my personal knowledge, information, and belief:

1.      From August 2016 through May 2017, I worked as a qualified mental health specialist for Family Solutions of Ohio.

2.      I was considered an employee of Family Solutions of Ohio, and my wages were reported to the IRS on a W-2.

3.      Family Solutions of Ohio paid me an hourly rate for my work, and only for those services that were billable to health insurance.

4.      In other words, necessary services like documentation, travel between clients, time spent for client appointment no-shows, and administrative time was unpaid. I only received compensation for my time spent in appointments with clients that were billed to health insurance.

5.      I understood that the pay practice of being compensated only for billable time was a company-wide practice for all providers, with the only exception being supervisory employees.

6.      I was instructed by Family Solutions of Ohio during orientation to only put billable hours on my weekly timesheets.

7.      I estimate that I worked 60-70 hours on average each week for Family Solutions of Ohio performing the following tasks:

   a.  Appointment time with clients;



PLAINTIFF'S
EXHIBIT

2

tabbies

    b.  Administrative work;

    c.  Documentation; and

    d.  Travel between clients (and not including travel from home to my first appointment of the day and travel from my last appointment of the day back home).

2/27/2019

_____

Date

_____

Jamal Stephenson

2