1/23/25, 3:36 PM    Tittle Law ECV, & Tittle & Perlmuter Mail - Activity in Case 1:18-cv-02017-PAB Arends v. Family Solutions of Ohio, Inc. et al Order on Moti…

Case: 1:18-cv-02017-PAB Doc #: 225-2 Filed: 01/23/25 1 of 1. PageID #: 8532



**Scott Perlmuter <scott@tittlelawfirm.com>**

## Activity in Case 1:18-cv-02017-PAB Arends v. Family Solutions of Ohio, Inc. et al Order on Motion for conference

**Scott Perlmuter** <scott@tittlelawfirm.com>  Fri, Sep 6, 2024 at 10:18 AM
To: David Campbell <dcampbell@grsm.com>
Cc: "Thomas A. Downie" <tom@chagrinlaw.com>, Donald Slezak <dslezak@grsm.com>
Bcc: AliciaArendsvFamilySolutionsofOhioIncZ2227835@projects.filevine.com

Dave -

Sounds good.  Please let us know if you can talk today or Monday.

Yesterday, Tom and I got a notice that Family Solutions of Ohio filed a Chapter 11 bankruptcy in North Carolina.  As a result, we're now expecting that the remaining Defendants will begin making the payments required by the settlement agreement.

[Quoted text hidden]

--

Very Truly Yours,

Scott D. Perlmuter



*For truth. For justice. For you.*

*Please Use Our New Mailing Address:*

4106 Bridge Avenue

Cleveland, Ohio 44113

Phone: 216-308-1522

Fax: 888-604-9299

E-mail: scott@tittlelawfirm.com

*With Offices in Elyria, Chardon, and Sandusky*

Website: www.tittlelawfirm.com

WARNING TO CLIENTS: The attorney-client privilege which protects the confidentiality of this communication may be lost by forwarding it to others. Do not forward this message without first consulting the sender.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message.

# EXHIBIT 2